**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 16-4029-01-CR-C-BCW |
| | ) | |
| Russell Dean Moore, Jr., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Defendant is charged in six counts of the April 21, 2016 Indictment. (Doc. 10). Defendant is charged in the Indictment as follows: Counts 1 and 3 charge Destruction of a Motor Vehicle; Counts 2 and 4 charge Use of a Firearm in Furtherance of a Crime of Violence; Count 5 charges Felon in Possession of a Firearm; and Count 6 charges Possession of a Stolen Firearm. On May 27, 2016, defense counsel filed a motion for psychiatric examination pursuant to 18 U.S.C. §§ 4241 and 4242. The Court granted the motion on May 27, 2016.

Following the psychiatric examination of the Defendant and submission to the Court of a Forensic Evaluation Report (doc. 23), the Court ordered a hearing be held on the issue of Defendant's competency. At the hearing, the Court discussed the Forensic Evaluation Report's findings as to the issues of whether Defendant is presently able to understand the nature and consequences of the court proceedings against him, and whether he is able to properly assist counsel in his defense. Both the Government and the Defendant stipulated to the admission of the Forensic Evaluation Report. Neither the Defendant nor the Government presented the Court with additional evidence or made argument on the issue of competency.[1]

The Forensic Evaluation Report, authored and reviewed by two forensic psychologists, opines that Mr. Moore meets the criteria for diagnoses of personality disorder and substance use disorders. However, in spite of these diagnoses, the Forensic Evaluation Report states that the

---

[1] The issue of Defendant's competency at the time of the offense, addressed in the Addendum to the Forensic Evaluation Report, was not discussed at the hearing. Competency at the time of the offense has not been raised as a defense by the Defendant, and therefore, is not ripe for discussion at this time. The Addendum to the Forensic Evaluation Report was not submitted into evidence, and was not provided to the Government.

Defendant is of a stable mental status, and is not impaired in his present ability to understand the nature and consequences of the court proceedings against him, or in his ability to properly assist counsel in his defense.

Upon review of the Forensic Evaluation Report, and there being no further evidence or argument presented to the Court, the Court finds Defendant is not suffering from a mental disease or defect which would render him unable to understand the nature and consequences of the proceedings against him. The Court further finds Defendant is capable of assisting properly in his own defense.

IT IS, THEREFORE, RECOMMENDED that this Court enter an order finding the defendant competent to stand trial.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 10th day of November, 2016, at Jefferson City, Missouri.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
United States Magistrate Judge