IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-4029-01-CR-C-BCW |
| | ) | |
| RUSSELL DEAN MOORE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation granting Defendant's Motion for psychiatric exam (Doc. #15). Neither party filed objections to the Report and Recommendation (Doc. #27).

On 11/07/16, a hearing was held before Magistrate Judge Whitworth on Defendant's Motion. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law and finds defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Accordingly, it is hereby

ORDERED the Magistrate's Report and Recommendation (Doc. #27) be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: April 19, 2017                                /s/ Brian C. Wimes
                                                                                                             JUDGE BRIAN C. WIMES
                                                                                                             UNITED STATES DISTRICT COURT