# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

### MINUTE SHEET

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Date: | March 5, 2019 |
| vs. | Case No.: | 16-4029-01-CR-C-BCW |
| RUSSELL DEAN MOORE, JR. | | |

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 9:04 am      **Time Terminated:** 10:01 am

### APPEARANCES

| | |
|---|---|
| Plaintiff's counsel: | Larry Miller, AUSA |
| Defendant's counsel: | Jeffrey R. Kay, CJA |
| Probation officer: | Danielle Staats |

**PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts plea of guilty and adjudication of guilt. There are objections to the Presentence Report. Court adopts P.S.I.R. without change. Government presents evidence. Court asserts statutory guidelines. Counsel makes sentence recommendations. Court grants Government's motion. Defendant accorded allocution.

**SENTENCE:** Defendant sentenced to the custody of BOP for 240 months on counts 1 and 3 of the indictment to run concurrently and 120 months on count 5 and 6 of the indictment to run concurrently, counts 1 & 3 to run consecutive to counts 5 and 6 for a total of 360 months; followed by 3 years supervised release on counts 1, 3, 5, and 6 to be served concurrently. Counts 2 & 4 dismissed upon motion by the government.

**FINE:** waived; **SPECIAL ASSESSMENT:** $400; **RESTITUTION:** $34,504.03
Defendant advised of right to appeal. Defendant remanded to the custody of the US Marshal.

**Government's Witness Erik Zumdome:**    9:09 am – 9:35 am
                                                         9:35 am – 9:44 am (cross)

| | |
|---|---|
| **Court Reporter:** Denise Halsey | **Courtroom Deputy:** T. Lock |